

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Tiffany Gonzalez,

Vs. No. 11-24-00036-CV

Blanca Hinojos Sanchez
d/b/a E&G Sanchez Trucking,

* From the 385th District Court
  of Midland County,
  Trial Court No. CV58809.

* June 26, 2025

* Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Tiffany Gonzalez.